IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| STATE FARM FIRE AND CASUALTY COMPANY,<br><br>          *Plaintiff*,<br><br>v.<br><br>MTD PRODUCTS LLC,<br><br>          *Defendant*. | CIVIL ACTION<br>No. 16-cv-02242 |

## ORDER

**AND NOW**, this 28th day of June, 2016, upon consideration of MTD Products LLC's ("MTD") Motion to Sever and Partially Dismiss (ECF No. 3), State Farm Fire and Casualty Company's Response (ECF No. 4) and MTD's Reply (ECF No. 5), it is **ORDERED** that the motion is **DENIED**.

                                                             BY THE COURT:

                                                             */s/ Gerald J. Pappert*
                                                              GERALD J. PAPPERT, J.